**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Riverside General Hospital, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-30603** |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.    **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2.    **Cash on hand**                                                                                          $841.00

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Unity Checking Acct** | **Checking account** | __ __ __ __ | $0.00 |
| | | | __ __ __ __ | |

4.    **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5.    **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

$841.00

### Part 2:  Deposits and prepayments

6.    **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Debtor   **Riverside General Hospital, Inc.**                                                    Case number (if known) __16-30603__
Name

**7.   Deposits, including security deposits and utility deposits**

Current value of
debtor's interest

Description, including name of holder of deposit

_____                        _____

_____                        _____

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

_____                        _____

_____                        _____

**9.   Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

| $0.00 |
|---|

## Part 3:   Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

**11.  Accounts receivable**

11a.  90 days old or less:   __$0.00__  –  __$0.00__   = ..............➔   __$0.00__
face amount          doubtful or uncollectible accounts

11b.  Over 90 days old:   __$0.00__  –  __$0.00__   = ..............➔   __$0.00__
face amount          doubtful or uncollectible accounts

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $0.00 |
|---|

## Part 4:   Investments

**13.  Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

Valuation method              Current value of
used for current value        debtor's interest

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

_____        _____        _____

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

_____  _____  _____  _____

_____  _____  _____  _____

Debtor    **Riverside General Hospital, Inc.**                                    Case number (if known) __16-30603__
          Name

16.  **Government bonds, corporate bonds, and other negotiable and
     non-negotiable instruments not included in Part 1**

     Describe:

     _____    _____    _____
     _____    _____    _____

17.  **Total of Part 4**
     Add lines 14 through 16.  Copy the total to line 83.                      | $0.00 |

---

**Part 5:   Inventory, excluding agriculture assets**

---

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

     ☒ No.  Go to Part 6.
     ☐ Yes.  Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 20.  **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 21.  **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 22.  **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23.  **Total of Part 5**
     Add lines 19 through 22.  Copy the total to line 84.                      | $0.00 |

24.  **Is any of the property listed in Part 5 perishable?**
     ☒ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☒ No
     ☐ Yes.  Book value _____    Valuation method _____    Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

---

27.  **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

     ☒ No.  Go to Part 7.
     ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops--either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |

---

Official Form 206A/B           **Schedule A/B: Assets -- Real and Personal Property**                    page 3

Debtor   **Riverside General Hospital, Inc.**
Name                                                    Case number (if known)   16-30603

29. **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish

_____     _____     _____     _____

30. **Farm machinery and equipment** (Other than titled motor vehicles)

_____     _____     _____     _____

31. **Farm and fishing supplies, chemicals, and feed**

_____     _____     _____     _____

32. **Other farming and fishing-related property not already listed in Part 6**

_____     _____     _____     _____

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.                                      | $0.00 |

34. **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

**Chairs, Tables, and Desks**  _____     _____     $15,000.00

40. **Office fixtures**

_____     _____     _____     _____

41. **Office equipment, including all computer equipment and communication systems equipment and software**

_____     _____     _____     _____

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

_____     _____     _____     _____

_____     _____     _____     _____

_____     _____     _____     _____

Debtor   **Riverside General Hospital, Inc.**
Name
Case number (if known)   16-30603

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$15,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats<br>trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| **49. Aircraft and accessories** | | | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| _____ | _____ | _____ | _____ |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

Debtor   **Riverside General Hospital, Inc.**                                    Case number (if known)   **16-30603**
         <sub>Name</sub>

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.   **3204 Ennis St. Houston, Texas<br>77004-3213<br>3204 Ennis St. Houston, Texas<br>77004-3213<br>RES A BLK 1<br>RIVERSIDE GENERAL** | **REAL PROPERTY** | | | **$7,560,251.00** |
| 55.2.   **3217 Anita St. Houston, Texas 77004<br>3217 Anita St. Houston, Texas 77004<br>LT 12 BLK 4<br>BOOKER T WASHINGTON** | **REAL PROPERTY** | | | **$55,000.00** |
| 55.3.   **Liberty County Property<br>31201515000RIVERSIDE GENERAL<br>HOSPITAL#1SUE-ANN OPERATING,<br>L.C.RI0.25000000AB 69 /MASON<br>PETER SUR** | **REAL PROPERTY** | | | **$584,060.00** |
| 55.4.   **4514 Lyons Ave. Houston, Texas<br>77020<br>4514 Lyons Ave. Houston, Texas<br>77020<br>LTS 1 2 & 3 & 7 8 9 & 10 BLK 117<br>(PRORATED 1-15-15)<br>AUGUSTA** | **REAL PROPERTY** | | | **$10,457,162.00** |
| 55.5.   **2802 Live Oak, Houston, Texas<br>77004<br>2802 Live Oak, Houston, Texas<br>77004** | **REAL PROPERTY** | | | **$84,375.00** |
| 55.6.   **2711 Live Oak Houston, Texas 77004<br>2711 Live Oak Houston, Texas 77004** | **REAL PROPERTY** | | | **$112,500.00** |
| 55.7.   **2918 Rosalie St. Houston, Texas<br>77004<br>2918 Rosalie St. Houston, Texas<br>77004** | **REAL PROPERTY** | | | **$120,316.00** |
| 55.8.   **3213 Delano St. Houston, Texas<br>77004<br>3213 Delano St. Houston, Texas<br>77004** | **REAL PROPERTY** | | | **$49,219.00** |
| 55.9.   **3215 Delano St. Houston, Texas<br>77004<br>3215 Delano St. Houston, Texas<br>77004** | **REAL PROPERTY** | | | **$49,219.00** |
| 55.10. **3103 Paige St. Houston, Texas 77004<br>3103 Paige St. Houston, Texas 77004** | **REAL PROPERTY** | | | **$87,500.00** |
| 55.11. **3204 Paige St. Houston, Texas 77004<br>3204 Paige St. Houston, Texas 77004** | **REAL PROPERTY** | | | **$43,750.00** |
| 55.12. **2829 Holman St. Houston, Texas<br>77002<br>2829 Holman St. Houston, Texas<br>77002** | **REAL PROPERTY** | | | **$80,385.00** |

Debtor   **Riverside General Hospital, Inc.**                                     Case number (if known)   **16-30603**
_____
Name

| | | | | |
|---|---|---|---|---|
| 55.13. | **3005 Holman St. Houston, Texas 77004**<br>**3005 Holman St. Houston, Texas 77004** | **REAL PROPERTY** | | $120,296.00 |
| 55.14. | **3002 Holman St. Houston, Texas 77004**<br>**3002 Holman St. Houston, Texas 77004** | **REAL PROPERTY** | | $213,096.00 |
| 55.15. | **3020 Holman St. Houston, Texas 77004**<br>**3020 Holman St. Houston, Texas 77004** | **REAL PROPERTY** | | $192,007.00 |
| 55.16. | **3509 Ennis St. Houston, Texas 77004**<br>**3509 Ennis St. Houston, Texas 77004** | **REAL PROPERTY** | | $114,884.00 |
| 55.17. | **0 Elgin, Houston, Texas 77004**<br>**0 Elgin, Houston, Texas 77004** | **REAL PROPERTY** | | $299,970.00 |
| 55.18. | **0 Chisom St. Houston, Texas 77004**<br>**0 Chisom St. Houston, Texas 77004** | **REAL PROPERTY** | | $19,755.00 |
| 55.19. | **0 Chisom St. Houston, Texas 77004**<br>**0 Chisom St. Houston, Texas 77004** | **REAL PROPERTY** | | $21,387.00 |
| 55.20. | **3215 Ennis St. Houston, Texas 77004** | **REAL PROPERTY** | | $154,093.00 |
| 55.21. | **2711 Live Oak Houston, Texas 77004**<br>**2711 Live Oak Houston, Texas 77004** | **REAL PROPERTY** | | $65,625.00 |

**56.   Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.   | **$20,484,850.00** |

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 10:   Intangibles and Intellectual Property**

**59.   Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.   Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| **61.   Internet domain names and websites** | | | |
| | | | |
| **62.   Licenses, franchises, and royalties** | | | |
| | | | |
| **63.   Customer lists, mailing lists, or other compilations** | | | |
| | | | |

Debtor __Riverside General Hospital, Inc.__ _____   Case number (if known) __16-30603__
        Name

64. **Other intangibles, or intellectual property**

_____   _____   _____   _____

65. **Goodwill**

_____   _____   _____   _____

66. **Total of Part 10.**
    Add lines 60 through 65.  Copy the total to line 89.                                  | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    ☒ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☒ No.  Go to Part 12.
    ☐ Yes.  Fill in the information below.

                                                                          Current value of
                                                                          debtor's interest

71. **Notes receivable**

    Description (include name of obligor)

    _____   _____ – _____ = ➔ _____
                                       Total face amount  doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   _____
    _____   Tax year _____   _____
    _____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

    _____   _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____   _____

    **Nature of claim**      _____

    **Amount requested**     _____

75. **Other contingent and unliquidated claims or causes of action of every nature,**
    **including counterclaims of the debtor and rights to set off claims**

    _____   _____

    **Nature of claim**      _____

    **Amount requested**     _____

Debtor   **Riverside General Hospital, Inc.**                          Case number (if known)   16-30603
_____
Name

76. **Trusts, equitable or future interests in property**

_____   _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____   _____

_____   _____

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                    | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $841.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*........................➜ | | $20,484,850.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.**  Add lines 80 through 90 for each column.   91a. | $15,841.00 | + 91b. $20,484,850.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92...................................................................   | **$20,500,691.00** |

| Fill in this information to identify the case: |
|---|

Debtor name **Riverside General Hospital, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-30603**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.   **Do any creditors have claims secured by debtor's property?**

☐   No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
☑   Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.   **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**2.1**   Creditor's name
**Briar Capital**

Creditor's mailing address
**1500 City W. Blvd**

_____

**Houston            TX   77042**

Creditor's email address, if known
_____

Date debt was incurred      _____

Last 4 digits of account      ___ ___ ___ ___
number

Do multiple creditors have an interest in the same property?
☑   No
☐   Yes.  Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
**Casa**

Describe the lien
**Agreement**

Is the creditor an insider or related party?
☑   No
☐   Yes

Is anyone else liable on this claim?
☑   No
☐   Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐   Contingent
☐   Unliquidated
☐   Disputed

**$3,962,162.44** | **$0.00**

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$19,222,322.03**

| Debtor | Riverside General Hospital, Inc. | Case number (if known) 16-30603 |
|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

### 2.2

**Creditor's name**
**Dixon Financial Services, LTD**

**Creditor's mailing address**
**3401 Allen Pkwy**

**Ste 100**

**Houston              TX    77019**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Note**

**Describe the lien**

**Secured Debt**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**$6,300,000.00** | **$0.00**

### 2.3

**Creditor's name**
**Dixon Financial Services, LTD**

**Creditor's mailing address**
**3401 Allen Pkwy Ste 100**

**Houston              TX    77019**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Note**

**Describe the lien**

**Secured Debt**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**$300,514.00** | **$0.00**

Debtor   **Riverside General Hospital, Inc.**                                    Case number (if known) **16-30603**

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.4**

**Creditor's name**
Dixon Financial Services, LTD

**Creditor's mailing address**
1825 Upland Drive

Houston            TX     77043

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**      ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Promissory Note

**Describe the lien**
Secured Debt

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **Unknown**         Column B: **$0.00**

**2.5**

**Creditor's name**
Federal Emergency Management Agenc

**Creditor's mailing address**
500 C Street S.W.

Washington            DC     20472

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**      ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
FEMA Funds

**Describe the lien**
Secured Debt

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$5,000,000.00**         Column B: **$0.00**

Debtor **Riverside General Hospital, Inc.**  Case number (if known) **16-30603**

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.6** Creditor's name
**Galveston County**

Creditor's mailing address
**Linebarger Goggan Blair & Sampson LL**
**P.O. Box 3064**
**Houston          TX    77253-3064**
Creditor's email address, if known
_____

Date debt was incurred          _____
Last 4 digits of account
number                    __ __ __ __

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
         relative priority?
    ☐ No.  Specify each creditor, including this
           creditor, and its relative priority.
    ☐ Yes.  The relative priority of creditors is
           specified on lines _____

Describe debtor's property that is
subject to a lien
**Ad Valorem Taxes**
Describe the lien
**PROPERTY TAX**
_____
Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$160.89**   Column B: **$0.00**

**2.7** Creditor's name
**Harris County et al**

Creditor's mailing address
**Linebarger Goggan Blair & Sampson LL**
**P.O. Box 3064**
**Houston          TX    77253-3064**
Creditor's email address, if known
_____

Date debt was incurred          _____
Last 4 digits of account
number                    __ __ __ __

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
         relative priority?
    ☐ No.  Specify each creditor, including this
           creditor, and its relative priority.
    ☐ Yes.  The relative priority of creditors is
           specified on lines _____

Describe debtor's property that is
subject to a lien
**Ad Valorem Taxes**
Describe the lien
**PROPERTY TAX**
_____
Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$23,783.96**   Column B: **$0.00**

Official Form 206D        **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**        page 4

| Debtor | Riverside General Hospital, Inc. | | Case number (if known) 16-30603 |
|---|---|---|---|

**Part 1:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.8**

**Creditor's name**
Houston Liens

**Creditor's mailing address**
Linebarger Goggan Blair & Sampson LL
P.O. Box 3064
Houston    TX    77253-3064

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Ad Valorem Taxes

**Describe the lien**
PROPERTY TAX

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$446.73    $0.00

**2.9**

**Creditor's name**
JLE Investors

**Creditor's mailing address**
710 Post Oak
208
Houston    TX    77024

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
3204 Ennis

**Describe the lien**
Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,135,212.02    $0.00

| Debtor | Riverside General Hospital, Inc. | Case number (if known) **16-30603** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

### 2.10

| | |
|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** |
| **Texas City ISD** | |
| | **$41.99** — **$0.00** |
| **Creditor's mailing address** | **Ad Valorem Taxes** |
| **Linebarger Goggan Blair & Sampson LL** | **Describe the lien** |
| **P.O. Box 3064** | **PROPERTY TAX** |
| **Houston         TX      77253-3064** | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes |
| **Date debt was incurred** _____ | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** __ __ __ __ | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes.  Have you already specified the relative priority?<br>   ☐ No.  Specify each creditor, including this creditor, and its relative priority.<br>   ☐ Yes.  The relative priority of creditors is specified on lines _____ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Amount of claim: $41.99     Value of collateral: $0.00**

### 2.11

| | |
|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** |
| **Triple 8 Venture Corp.** | |
| | **$2,500,000.00** — **$0.00** |
| **Creditor's mailing address** | **Note** |
| **c/o Alan R. Scheinthal** | **Describe the lien** |
| **Scheinthal & Kouts, LLP** | **Secured Debt** |
| **Houston         TX      77027** | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes |
| **Date debt was incurred** _____ | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** __ __ __ __ | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes.  Have you already specified the relative priority?<br>   ☐ No.  Specify each creditor, including this creditor, and its relative priority.<br>   ☐ Yes.  The relative priority of creditors is specified on lines _____ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Amount of claim: $2,500,000.00     Value of collateral: $0.00**

| Fill in this information to identify the case: |
|---|

Debtor     **Riverside General Hospital, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **16-30603**
(if known)

☐ Check if this is an
    amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

**Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

     ☐ No.  Go to Part 2.
     ☑ Yes.  Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
     If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

**Internal Revenue Service**

**P.O. Box 7346**

**Philadelphia**      **PA**    **19101-7346**

Date or dates debt was incurred

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**941 Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$18,660.00**    Priority amount: **$18,660.00**

**2.2**   Priority creditor's name and mailing address

**Internal Revenue Service**

**P.O. Box 7346**

**Philadelphia**      **PA**    **19101-7346**

Date or dates debt was incurred

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**941 Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$177,073.00**    Priority amount: **$177,073.00**

Debtor   **Riverside General Hospital, Inc.**          Case number (if known)   **16-30603**

| Part 1: | **Additional Page** |

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Total claim     Priority amount

**2.3** Priority creditor's name and mailing address

**Internal Revenue Service**

**P.O. Box 7346**

**Philadelphia                PA      19101-7346**

Date or dates debt was incurred

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**941 Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$629,895.00**     **$629,895.00**

**2.4** Priority creditor's name and mailing address

**Internal Revenue Service**

**P.O. Box 7346**

**Philadelphia                PA      19101-7346**

Date or dates debt was incurred

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**941 Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$277,477.00**     **$277,477.00**

**2.5** Priority creditor's name and mailing address

**Internal Revenue Service**

**P.O. Box 7346**

**Philadelphia                PA      19101-7346**

Date or dates debt was incurred

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**941 Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$655,755.00**     **$655,755.00**

Debtor    **Riverside General Hospital, Inc.**                     Case number (if known)   **16-30603**

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Total claim | Priority amount

---

| **2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135,000.00** | **$135,000.00** |

**Internal Revenue Service**

**P.O. Box 7346**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Philadelphia**                    **PA**      **19101-7346**

Date or dates debt was incurred

**Basis for the claim:**

**941 Taxes**

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

---

| **2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,780.00** | **$1,780.00** |

**Internal Revenue Service**

**P.O. Box 7346**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Philadelphia**                    **PA**      **19101-7346**

Date or dates debt was incurred

**Basis for the claim:**

**990 Taxes**

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

---

| **2.8** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,856.21** | **$27,856.21** |

**Office of the Attorney General**

**PO Box 12548, MC-008**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Austin**                    **TX**      **78711-2548**

Date or dates debt was incurred

**Basis for the claim:**

**Unemployment Taxes**

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

---

Debtor    **Riverside General Hospital, Inc.**                    Case number (if known)   **16-30603**

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
$182.00

**A-Affordable Vacuum Service**

**7039 Burkett Street**

**Houston**            **TX**    **77021**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Unsecured Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.2** Nonpriority creditor's name and mailing address
$662.08

**Abbott Laboratories**

**100 Abbott Park Road**

**Abbott Park**        **IL**    **60064-3500**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Unsecured Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.3** Nonpriority creditor's name and mailing address
$202.82

**Absolute Meter Services**

**10314 Sagetrail Drive**

**Houston**            **TX**    **77089**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Unsecured Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.4** Nonpriority creditor's name and mailing address
$1,702.75

**AC Contractors**

**13111 Cottingham Street**

**Houston**            **TX**    **77048**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Unsecured Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| | |
|---|---|
| Debtor | **Riverside General Hospital, Inc.** |

Case number (if known)  **16-30603**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.5**   Nonpriority creditor's name and mailing address

**Advantage Office Products**

**5722 Bingle Road, Suite B**

**Houston**                 **TX      77092**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,391.51**

---

**3.6**   Nonpriority creditor's name and mailing address

**Affordable Environmental, Inc.**

**12322 WA-99, Suite 99**

**Everett**                 **WA      98204**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,785.00**

---

**3.7**   Nonpriority creditor's name and mailing address

**Alarm Master Corporation**

**10615 Rockley Road**

**Houston**                 **TX      77099**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$188.80**

---

**3.8**   Nonpriority creditor's name and mailing address

**All American Air Works**

**P. O. Box 1000**

**Sophia**                 **WV      25921-1000**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,125.32**

---

Debtor    **Riverside General Hospital, Inc.** _____    Case number (if known) **16-30603** _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,740.73 |

**Alpha Electric Company**

**901 W. 18th Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston            TX     77008**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,092.77 |

**American Family Life Assurance**

**AFLAC**

**917 Brown Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Columbus            GA     31906**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,225.00 |

**American Physicians and Supply**

**c/o Stephen W. Lemmon**

**Sheinfeld Maley & Kay**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston            TX     77002**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $937.84 |

**Arrow International**

**2400 Bernville Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Reading            PA     19605**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Riverside General Hospital, Inc.** | Case number (if known) | **16-30603** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.13** | Nonpriority creditor's name and mailing address | | | As of the petition filing date, the claim is: | **$38,210.56** |

_Check all that apply._

**Automatic Data Processing**

☐ Contingent
☐ Unliquidated
☐ Disputed

**4822 Martin Luther King Jr. Blvd.**

**Houston                TX        77021**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred                          

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __


| **3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$26,341.00** |

_Check all that apply._

**Bank of New York Mellon**

☐ Contingent
☐ Unliquidated
☐ Disputed

**1000 Louisiana Street**

**Houston                TX        77002**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred                          

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __


| **3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$330,013.00** |

_Check all that apply._

**Beckman Coulter Inc.**

☐ Contingent

**c/o Ian Andrew McCarthy**

☐ Unliquidated
☐ Disputed

**Barnett & Garcia**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred                          

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __


| **3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,171.00** |

_Check all that apply._

**Beckman Instruments Inc**

☐ Contingent

**c/o Jim D. Hamilton**

☐ Unliquidated
☐ Disputed

**Twentieth Floor, Coastal Tower**

**Houston                TX        77046**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred                          

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | Riverside General Hospital, Inc. | Case number (if known) | 16-30603 |

---

**Part 2:**     **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17**   Nonpriority creditor's name and mailing address

**Bennie Thomas**

**c/o Patricia R. Saum**

**Jann Scherbarth & Associates**

**Houston          TX      77027**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$20,000.00

**3.18**   Nonpriority creditor's name and mailing address

**Beta Tech Inc**

**16810 Barker Springs Road, Suite 204**

**Houston          TX      77084**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,154.83

**3.19**   Nonpriority creditor's name and mailing address

**Bio-Rad Laboratories Inc.**

**1000 Alfred Nobel Drive**

**Hercules          CA      94547**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,392.46

**3.20**   Nonpriority creditor's name and mailing address

**Biomedical Waste Solutions, LLC**

**1100 Main**

**Houston          TX      77002**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$214.50

Debtor    **Riverside General Hospital, Inc.**                            Case number (if known)   **16-30603**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.21**    Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$98,741.00

**Bonner, Cora**

☐ Contingent
☐ Unliquidated
☐ Disputed

**c/o H. Howard Schmerin**

**2650 Fountain View, Suite 132**

Basis for the claim:
**Unsecured Debt**

**Houston**                **TX**      **77057**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.22**    Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$90,000.00

**Canfield Funding LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**c/o Fred Wahrlich**

**Floyd, Isgur, Rios & Wahrlich, P.C.**

Basis for the claim:
**Unsecured Debt**

**Houston**                **TX**      **77002-2732**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.23**    Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$1,346.95

**Centech Communication Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

**10039 Bissonnet Street**

Basis for the claim:
**Unsecured Debt**

**Houston**                **TX**      **77036**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.24**    Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$20,107.11

**Centerpoint Energy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**P. O. Box 4981**

Basis for the claim:
**Unsecured Debt**

**Houston**                **TX**      **77210-4981**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | Riverside General Hospital, Inc. | Case number (if known) | 16-30603 |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.25** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

$52,294.00

Christus St. Joseph Hospital

c/o Leon E. Pegg

Holloway & Gumbert

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Houston | TX | 77098 |

Basis for the claim:
Unsecured Debt

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

---

| **3.26** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

$12,700.00

City of Houston

c/o Linebarger Goggan Blair & Sampson

1300 Main, Suite 300

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Houston | TX | 77002 |

Basis for the claim:
Unsecured Debt

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

---

| **3.27** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

$38,268.80

City of Houston Water

4200 Leeland Street

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Houston | TX | 77023 |

Basis for the claim:
Unsecured Debt

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

---

| **3.28** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

$140,000.00

Clement Aldridge

7529 Olympia Dr.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Houston | TX | 77063 |

Basis for the claim:
Attorney Fees

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

Debtor   **Riverside General Hospital, Inc.**                           Case number (if known)   **16-30603**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.29**   Nonpriority creditor's name and mailing address

**College of American Pathologists**

**13501 I Street NW Suite 590**

**Washington                 DC      20005**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,976.57

---

**3.30**   Nonpriority creditor's name and mailing address

**Comcast**

**1 Comcast Center**

**Philadelphia                 PA      19103**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$147.55

---

**3.31**   Nonpriority creditor's name and mailing address

**Daniels Sharpmart Inc.**

**111 W. Jackson Blvd., Suite 720**

**Chicago                 IL      60604**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$439.85

---

**3.32**   Nonpriority creditor's name and mailing address

**Danka Funding Company Inc.**

**c/o Glen A. Nordt**

**Coats Rose Yale Ryman & Lee, P.C.**

**Houston                 TX      77002-6707**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$269,793.00

---

| Debtor | Riverside General Hospital, Inc. | | Case number (if known) | 16-30603 |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$18,167.69

**Dawson Chemical & Janitorial**

**6010 Irvington Blvd.**

**Houston, Texas 7709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.34 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$51,000.00

**Dennis Lewis**

**c/o William H. Watson**

**Ballard & Watson**

**Houston          TX      77046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.35 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$244.00

**Drug Enforcement Administration**

**1433 W. Loop South, Suite 600**

**Houston          TX      77027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.36 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$3,600.00

**Emdeon Business Service**

**100 N. Byrne Road**

**Toledo          OH      43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | **Riverside General Hospital, Inc.** | Case number (if known) | **16-30603** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.37** | Nonpriority creditor's name and mailing address |
|---|---|

**Estill Affiliates LLC**

**c/o Wendle Van Smith**

**One Arena Place**

**Houston**　　　　　　　**TX**　　**77074**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$229,399.00

---

| **3.38** | Nonpriority creditor's name and mailing address |
|---|---|

**Ethel Austin**

**c/o G. Scott Fiddler**

**5959 West Loop South, Suite 150**

**Bellaire**　　　　　　　**TX**　　**77401**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$294,839.00

---

| **3.39** | Nonpriority creditor's name and mailing address |
|---|---|

**Fasthealth Corporation**

**101 23rd Avenue**

**Tuscaloosa**　　　　　　　**AL**　　**35401**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$15,750.00

---

| **3.40** | Nonpriority creditor's name and mailing address |
|---|---|

**Fire Safe Protection Service**

**1815 Sherwood Forest Street**

**Houston**　　　　　　　**TX**　　**77043**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$3,500.00

---

| Debtor | **Riverside General Hospital, Inc.** | Case number (if known) | **16-30603** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,245.55** |

Check all that apply.

**Grainger**

☐ Contingent
☐ Unliquidated
☐ Disputed

**3232 Harrisburg Blvd.**

**Houston**          **TX**      **77003**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$84,687.83** |

Check all that apply.

**Green Bank**

☐ Contingent
☐ Unliquidated
☐ Disputed

**4000 Greenbriar**

**Houston**          **TX**      **77098**

Basis for the claim:
**line of credit**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,051.50** |

Check all that apply.

**Gulf Coast Regional Blood**

☐ Contingent
☐ Unliquidated
☐ Disputed

**1400 La Concha Lane**

**Houston**          **TX**      **77054**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,375.00** |

Check all that apply.

**Harris County**

☐ Contingent
☐ Unliquidated
☐ Disputed

**c/o Linebarger Goggan Blair & Sampson**

**1300 Main, Suite 300**

**Houston**          **TX**      **77002**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor    **Riverside General Hospital, Inc.**                                    Case number (if known) **16-30603**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.45**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                             **$73,121.00**

**Harris County**

**c/o Linebarger Goggan Blair & Sampson**

**1300 Main, Suite 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured Debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.46**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                             **$18,174.00**

**Harris County**

**c/o Linebarger Goggan Blair & Sampson**

**1300 Main, Suite 300**

**Houston          TX      77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured Debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.47**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                             **$638.00**

**Harris County**

**c/o Linebarger Goggan Blair & Sampson**

**1300 Main, Suite 300**

**Houston          TX      77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured Debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.48**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                             **$5,378.00**

**Harris County**

**c/o Linebarger Goggan Blair & Sampson**

**1300 Main, Suite 300**

**Houston          TX      77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured Debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Riverside General Hospital, Inc.** | | Case number (if known) | **16-30603** |
|---|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.49** | Nonpriority creditor's name and mailing address |
|---|---|

**Harris County/HISD**

**c/o Linebarger Goggan Blair & Sampson**

**1300 Main, Suite 300**

**Houston**                    **TX**        **77002**

Date or dates debt was incurred

Last 4 digits of account number      __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,303.00**

---

| **3.50** | Nonpriority creditor's name and mailing address |
|---|---|

**Harris County/HISD**

**c/o Linebarger Goggan Blair & Sampson**

**1300 Main, Suite 300**

**Houston**                    **TX**        **77002**

Date or dates debt was incurred

Last 4 digits of account number      __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,749.00**

---

| **3.51** | Nonpriority creditor's name and mailing address |
|---|---|

**Harris County/HISD**

**c/o Linebarger Goggan Blair & Sampson**

**1300 Main, Suite 300**

**Houston**                    **TX**        **77002**

Date or dates debt was incurred

Last 4 digits of account number      __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,032.00**

---

| **3.52** | Nonpriority creditor's name and mailing address |
|---|---|

**Harris County/HISD**

**c/o Linebarger Goggan Blair & Sampson**

**1300 Main, Suite 300**

**Houston**                    **TX**        **77002**

Date or dates debt was incurred

Last 4 digits of account number      __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

Debtor      **Riverside General Hospital, Inc.**                                    Case number (if known)  **16-30603**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.53** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: <br> *Check all that apply.* | $23,821.00 |

**Harris County/HISD**

**c/o Linebarger Goggan Blair & Sampson**

**1300 Main, Suite 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**              **TX**    **77002**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred                        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __      ☑ No
                                                    ☐ Yes

---

| **3.54** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: <br> *Check all that apply.* | $12,083.00 |

**Harris County/HISD**

**c/o Linebarger Goggan Blair & Sampson**

**1300 Main, Suite 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**              **TX**    **77002**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred                        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __      ☑ No
                                                    ☐ Yes

---

| **3.55** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: <br> *Check all that apply.* | $1,666.00 |

**Healing Air Inc.**

**14502 Hiram Clark Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**              **TX**    **77045**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred                        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __      ☑ No
                                                    ☐ Yes

---

| **3.56** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: <br> *Check all that apply.* | $496,832.00 |

**Healthland-Omaha**

**1600 Utica Avenue, Suite 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Minneapolis**          **MN**    **55416**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred                        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __      ☑ No
                                                    ☐ Yes

---

| Debtor | **Riverside General Hospital, Inc.** | | Case number (if known) | **16-30603** |
|---|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.57** | Nonpriority creditor's name and mailing address |
|---|---|

**Hill International, Inc.**

**John Lynd**

**3200 SW Freeway, Ste 2300**

Houston                    TX          77027

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Judgment**

$129,600.82

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| **3.58** | Nonpriority creditor's name and mailing address |
|---|---|

**HISD**

**c/o Linebarger Goggan Blair & Sampson**

**1300 Main, Suite 300**

Houston                    TX          77002

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

$25,938.00

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| **3.59** | Nonpriority creditor's name and mailing address |
|---|---|

**HISD**

**c/o Linebarger Goggan Blair & Sampson**

**1300 Main, Suite 300**

Houston                    TX          77002

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

$51,736.00

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| **3.60** | Nonpriority creditor's name and mailing address |
|---|---|

**HISD**

**c/o Linebarger Goggan Blair & Sampson**

**1300 Main, Suite 300**

Houston                    TX          77002

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

$610.00

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| Debtor | **Riverside General Hospital, Inc.** | Case number (if known) | **16-30603** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.61** Nonpriority creditor's name and mailing address

**Hour Doc-Holding, LLC**

**4801 Woodway, Suite 210**

**Houston**          **TX**     **77056**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,855.00

**3.62** Nonpriority creditor's name and mailing address

**Hurricane Glass**

**11000 Gulf Freeway**

**Houston**          **TX**     **77034**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$142.50

**3.63** Nonpriority creditor's name and mailing address

**IMMUCOR Inc.**

**3700 Mangun Road**

**Houston**          **TX**     **77092**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,147.63

**3.64** Nonpriority creditor's name and mailing address

**INFOLAB Inc.**

**690 Center Street, Suite 301**

**Herndon**          **VA**     **20170**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,467.60

| Debtor | Riverside General Hospital, Inc. | Case number (if known) | 16-30603 |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |

**JB's Carpet Cleaning**

**2313 W. Sam Houston Pkwy N., Suite 131**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Houston | TX | 77043 |

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $950.00 |

**JC Electirical Service**

**630 Westfield Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Friendswood | TX | 77546 |

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,289.04 |

**Krames Staywell, LLC**

**780 Township Line Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Yardley | PA | 19067 |

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,298.43 |

**Kuhn Digital, LLC**

**13519 Pinerock Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Houston | TX | 77079 |

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor     **Riverside General Hospital, Inc.**                              Case number (if known)  **16-30603**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.69 | Nonpriority creditor's name and mailing address |
|---|---|

**Kwik Kill Exterminators of Texas**

**715 E. Tidwell Road**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,745.00**

**Houston**                    **TX     77022**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.70 | Nonpriority creditor's name and mailing address |
|---|---|

**Laboratory Corp of America**

**Johnson Legal Network, PLLC**

**535 Wellington Way, Suite 380**

**Lexington**                  **KY     40503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$60,805.34**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.71 | Nonpriority creditor's name and mailing address |
|---|---|

**Lanetta Sparks**

**c/o John A. Elmore**

**3033 Fannin, Suite 101**

**Houston**                    **TX     77004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$275,000.00**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.72 | Nonpriority creditor's name and mailing address |
|---|---|

**Liberty Office Products**

**8744 Westpark Drive**

**Houston**                    **TX     77063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,519.78**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor    **Riverside General Hospital, Inc.**          Case number (if known) **16-30603**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

**3.73** Nonpriority creditor's name and mailing address          $132,194.00

**Lyons Supermarket Corp.**

**c/o Trang Q. Tran**

**Tran Law Firm**

**Houston**          TX     77002

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.74** Nonpriority creditor's name and mailing address          $420.00

**Machine Ice Company**

**8915 Sweetwater Lane**

**Houston**          TX     77037

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**3.75** Nonpriority creditor's name and mailing address          $11,361.07

**Matheson Tri-Gas**

**2200 Houston Avenue**

**Houston**          TX     77007

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**3.76** Nonpriority creditor's name and mailing address          $111,073.00

**Medical Programs Inc.**

**c/o Thomas Herter**

**Clark Hellen & Herter, P.C.**

**Houston**          TX     77081

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☒ No
☐ Yes

Debtor    **Riverside General Hospital, Inc.**                          Case number (if known)   **16-30603**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$315.00** |
|---|---|---|---|

**Mitel Technologies**

**10603 W. Sam Houston Pkwy., Suite 400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**             **TX**     **77064**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,494.42** |
|---|---|---|---|

**MOD Space Storage**

**10604 Wallisville Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**             **TX**     **77013**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,174.75** |
|---|---|---|---|

**Morad A. Nashed**

**17211 Sandestine Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Huston**             **TX**     **77095**

Basis for the claim:
**Services Performed, Vacation and Ur**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,248.68** |
|---|---|---|---|

**Nexus Disposal, LLC**

**6131 Thomas Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**             **TX**     **77041**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor  **Riverside General Hospital, Inc.**         Case number (if known) **16-30603**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.81**   Nonpriority creditor's name and mailing address

**Office Depot, Inc.**

**6600 North Military Trail**

**Boca Raton**     FL     33496

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,372.06**

---

**3.82**   Nonpriority creditor's name and mailing address

**OGH Service Company**

**3730 Creekmont Drive**

**Houston, Texas**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,226.00**

---

**3.83**   Nonpriority creditor's name and mailing address

**Olshan Lumber Company**

**2600 Commerce Street**

**Houston**     TX     77003

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$626.20**

---

**3.84**   Nonpriority creditor's name and mailing address

**Otis Elevator Company**

**9001 Jameel Road, Suite 100**

**Houston**     TX     77040

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,266.27**

---

Debtor   **Riverside General Hospital, Inc.**                                    Case number (if known)   **16-30603**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.00 |
|---|---|---|---|

**Pension Benefit Information**

**711 Grand Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Rafael**          **CA**      **94901**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Pete's Welding Service**

**711 Pearl Street**

**Houston, Texas**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,248.09 |
|---|---|---|---|

**Pitney Bowes, Inc.**

**27 Waterview Dr.**

**3rd Fl**

**Shelton**          **CT**      **06484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods Sold**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,200.00 |
|---|---|---|---|

**Pitney Bowes, Inc.**

**27 Waterview Dr.**

**3rd Fl**

**Shelton**          **CT**      **06484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods Sold**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor     **Riverside General Hospital, Inc.**                                    Case number (if known)   **16-30603**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.89 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Reliant Energy Inc.**

**c/o Marchris Robinson**

**4203 Yoakum Blvd., Suite 310**

**Houston**                          **TX**      **77006-5455**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$246,550.00**

---

| 3.90 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Reliant Energy Inc.**

**c/o Marchris Robinson**

**4203 Yoakum Blvd., Suite 310**

**Houston**                          **TX**      **77006-5455**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$320,476.00**

---

| 3.91 | Nonpriority creditor's name and mailing address |
| --- | --- |

**State of Texas**

**c/o Scot Clinton Assistant Attorneys Gen**

**Consumer Protection & Public Health Divi**

**Houston**                          **TX**      **77002**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$20,000.00**

---

| 3.92 | Nonpriority creditor's name and mailing address |
| --- | --- |

**STM & Associates Architects LLC**

**c/o Kevin Michael Madden**

**1001 Texas Avenue, Suite 1400**

**Houston**                          **TX**      **77002**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$188,150.00**

---

| Debtor | Riverside General Hospital, Inc. | | Case number (if known) | 16-30603 |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.93 | Nonpriority creditor's name and mailing address |
|---|---|

**Stryker Medical**

**Lori Purkey, Purkey and Assoc., PLC**

**5050 Cascade Rd, SE, Ste. A**

**Grand Rapids**          MI        49546

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sale of Goods**

$289,162.88

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address |
|---|---|

**Surgical Medical Solutions**

**c/o Miguel Jose Chapa Chapa Law Group, P**

**First National Bank Tower**

**San Antonio**          TX        78201

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

$874,226.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address |
|---|---|

**Walter D. Davis, CPA**

**PO Box 36466**

**Houston**          TX        77236

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services Rendered**

$50,000.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address |
|---|---|

**Wittaker General Medical**

**c/o Jon D. Totz**

**Lapin Totz & Mayer**

**Houston**          TX        77027

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

$17,441.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor    **Riverside General Hospital, Inc.**                                    Case number (if known) __16-30603__

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.    Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. __$1,923,496.21__ |
| 5b. | **Total claims from Part 2** | 5b. **+** __$5,433,040.93__ |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. __$7,356,537.14__ |

---

Official Form 206E/F           **Schedule E/F: Creditors Who Have Unsecured Claims**           page 28

**Fill in this information to identify the case:**

Debtor Name **Riverside General Hospital, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **16-30603**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B..................................................................................... | **$20,484,850.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................................... | **$15,841.00**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B...................................................................................... | **$20,500,691.00**

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Hold Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D................. | **$19,222,322.03**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................ | **$1,923,496.21**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................................ | **+ $5,433,040.93**

4. **Total liabilities**
   Lines 2 + 3a + 3b.................................................................................................................. | **$26,578,859.17**