| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **Riverside General Hospital, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-30603** |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Dixon Financial Services, LTD<br>3401 Allen Pkwy<br>Ste 100<br>Houston, Texas 77019 | | Secured Debt | Disputed | $6,300,000.00 | $0.00 | $6,300,000.00 |
| 2 | Federal Emergency Management Agency<br>500 C Street S.W.<br>Washington, DC 20472 | | Secured Debt | Disputed | $5,000,000.00 | $0.00 | $5,000,000.00 |
| 3 | Briar Capital<br>1500 City W. Blvd<br>Houston, Texas 77042 | | | | $3,962,162.44 | $0.00 | $3,962,162.44 |
| 4 | Triple 8 Venture Corp.<br>c/o Alan R. Scheinthal<br>Scheinthal & Kouts, LLP<br>4635 Southwest Frwy., Suite 720<br>Houston, Texas 77027 | | Secured Debt | | $2,500,000.00 | $0.00 | $2,500,000.00 |
| 5 | JLE Investors<br>710 Post Oak<br>208<br>Houston, Texas 77024 | | | | $1,135,212.02 | $0.00 | $1,135,212.02 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor **Riverside General Hospital, Inc.**
      Name

Case number (if known) **16-30603**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Surgical Medical Solutions<br>c/o Miguel Jose Chapa<br>Chapa Law Group, P<br>First National Bank Tower | | Unsecured Debt | | | | $874,226.00 |
| 7 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | 941 Taxes | | | | $655,755.00 |
| 8 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | 941 Taxes | | | | $629,895.00 |
| 9 | Healthland-Omaha<br>1600 Utica Avenue, Suite 300<br>Minneapolis, MN. 55416 | | Unsecured Debt | | | | $496,832.00 |
| 10 | Beckman Coulter Inc.<br>c/o Ian Andrew McCarthy<br>Barnett & Garcia<br>3821 Juniper Trace, Suite 108 | | Unsecured Debt | | | | $330,013.00 |
| 11 | Reliant Energy Inc.<br>c/o Marchris Robinson<br>4203 Yoakum Blvd., Suite 310<br>Houston, Texas 77006-5455 | | Unsecured Debt | | | | $320,476.00 |
| 12 | Dixon Financial Services, LTD<br>3401 Allen Pkwy Ste 100<br>Houston, Texas 77019 | | Secured Debt | Disputed | $300,514.00 | $0.00 | $300,514.00 |
| 13 | Ethel Austin<br>c/o G. Scott Fiddler<br>5959 West Loop South, Suite 150<br>Bellaire, Texas 77401 | | Unsecured Debt | | | | $294,839.00 |

Debtor  **Riverside General Hospital, Inc.**  Case number (if known) **16-30603**
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Stryker Medical<br>Lori Purkey, Purkey and Assoc., PLC<br>5050 Cascade Rd, SE, Ste. A<br>Grand Rapids, Mi 49546 | | Sale of Goods | | | | $289,162.88 |
| 15 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | 941 Taxes | | | | $277,477.00 |
| 16 | Lanetta Sparks<br>c/o John A. Elmore<br>3033 Fannin, Suite 101<br>Houston, Texas 77004 | | Unsecured Debt | | | | $275,000.00 |
| 17 | Danka Funding Company Inc.<br>c/o Glen A. Nordt<br>Coats Rose Yale Ryman & Lee, P.C.<br>1001 Fannin Street | | Unsecured Debt | | | | $269,793.00 |
| 18 | Reliant Energy Inc.<br>c/o Marchris Robinson<br>4203 Yoakum Blvd., Suite 310<br>Houston, Texas 77006-5455 | | Unsecured Debt | | | | $246,550.00 |
| 19 | Estill Affiliates LLC<br>c/o Wendle Van Smith<br>One Arena Place<br>7322 Southwest Frwy., Suite 2010<br>Houston, Texas 77074 | | Unsecured Debt | | | | $229,399.00 |
| 20 | STM & Associates Architects LLC<br>c/o Kevin Michael Madden<br>1001 Texas Avenue, Suite 1400 | | Unsecured Debt | | | | $188,150.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 3