**Fill in this information to identify the case:**

Debtor name **Riverside General Hospital, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-30603**
(if known)

☑ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.1** 

| Creditor's name<br>**A Rocket Storage** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|

Creditor's mailing address
**3401 Corder St**

Describe debtor's property that is subject to a lien
**Medical Records and miscellaneous items**

Describe the lien
**Agreement**

**Houston          TX   77021**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Last 4 digits of account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$24,434,654.13**

| Debtor | **Riverside General Hospital, Inc.** | Case number (if known) **16-30603** |
|---|---|---|

**Part 1:** **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2**

**Creditor's name**
**Beckman Coulter, Inc**

**Creditor's mailing address**
**c/o Bernstein-Burkley, P.C.**

**707 Grant St. Ste 2200, Gulf Tower**

**Pittsburgh          PA     15219**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Real Property**

**Describe the lien**

**Judgment Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$384,424.28 | $384,424.28

**2.3**

**Creditor's name**
**Briar Capital**

**Creditor's mailing address**
**1500 City W. Blvd**

**Houston          TX     77042**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Casa**

**Describe the lien**

**Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,962,162.44 | $3,962,162.44

Debtor  **Riverside General Hospital, Inc.**          Case number (if known) **16-30603**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.4** Creditor's name
**Cleveland ISD**

Creditor's mailing address
**PO Box 3064**

_____

**Houston          TX    77253**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Liberty County Property**

Describe the lien
**Ad Valorem Taxes - Secured**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$7,515.68**    Value of collateral: **$584,060.00**

---

**2.5** Creditor's name
**Dixon Financial Services, LTD**

Creditor's mailing address
**George O. Mejlaender**
**PO Box 801261**

_____

**Houston          TX    77280**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes.  Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

  **1) Dixon Financial Services, LTD;**
  **2) Federal Emergency Management Agency; 3) Harris County et al.**

  ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**All personal property of the Debtor**

Describe the lien
**Secured Debt**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: **$7,912,031.17**    Value of collateral: **$7,560,251.00**

| Debtor | **Riverside General Hospital, Inc.** | Case number (if known) **16-30603** |
|---|---|---|

| **Part 1:** | **Additional Page** | |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the<br>value of collateral. | **Value of collateral**<br>**that supports**<br>**this claim** |

**2.6**

**Creditor's name**
**Federal Emergency Management Agency**

**Creditor's mailing address**
**500 C Street S.W.**

**Washington        DC    20472**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account**
**number**            ___ ___ ___ ___

**Do multiple creditors have an interest in**
**the same property?**

☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is**
**subject to a lien**

**FEMA Funds**

**Describe the lien**

**Secured Debt**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$5,000,000.00    $5,000,000.00

**2.7**

**Creditor's name**
**Galveston County**

**Creditor's mailing address**
**Linebarger Goggan Blair & Sampson LL**

**P.O. Box 3064**

**Houston        TX    77253-3064**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account**
**number**            ___ ___ ___ ___

**Do multiple creditors have an interest in**
**the same property?**

☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is**
**subject to a lien**

**Ad Valorem Taxes**

**Describe the lien**

**PROPERTY TAX**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$160.89    $160.00

Debtor    **Riverside General Hospital, Inc.** _____    Case number (if known) **16-30603** _____

| | | | Column A | Column B |
|---|---|---|---|---|

### Part 1:    Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.8** | | | $1,365.14 | $1,365.14 |

| | |
|---|---|
| **Creditor's name** **Greater Southeast Management District** | **Describe debtor's property that is subject to a lien** **Property Taxes** |
| **Creditor's mailing address** **PO Box 73109** | **Describe the lien** **Ad Valorem Property Taxes** |
| _____ | **Is the creditor an insider or related party?** ☑ No  ☐ Yes |
| **Houston          TX   77273** | |
| **Creditor's email address, if known** _____ | **Is anyone else liable on this claim?** ☑ No  ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** _____ | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed |
| **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes.  Have you already specified the relative priority?  ☐ No.  Specify each creditor, including this creditor, and its relative priority.  ☐ Yes.  The relative priority of creditors is specified on lines _____ | |

| Debtor | **Riverside General Hospital, Inc.** | Case number (if known) **16-30603** |
|---|---|---|

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.9**

Creditor's name
**Harris County et al**

Describe debtor's property that is subject to a lien
**Ad Valorem Taxes**

**$824,940.37**     **$19,566,188.00**

Creditor's mailing address
**Linebarger Goggan Blair & Sampson LL**
**P.O. Box 3064**

Describe the lien
**PROPERTY TAX**

**Houston          TX    77253-3064**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes.  Have you already specified the relative priority?

☒ No.  Specify each creditor, including this creditor, and its relative priority.

**For 3204 Ennis St. Houston, Texas 77004-3213: See 2.5.  For 3217 Anita St. Houston, Texas 77004: 1) Houston Liens; 2) Harris County et al.  For 4514 Lyons Ave. Houston, Texas 77020: 1) Harris County et al.  For 2802 Live Oak, Houston, Texas 77004: 1) Harris County et al.  For 2711 Live Oak Houston, Texas 77004: 1) Harris County et al.  For 2918 Rosalie St. Houston, Texas 77004: 1) Harris County et al.  For 3213 Delano St. Houston, Texas 77004: 1) Harris County et al.  For 3215 Delano St. Houston, Texas 77004: 1) Harris County et al.  For 3103 Paige St. Houston, Texas 77004: 1) Harris County et al.  For 3204 Paige St. Houston, Texas 77004: 1) Harris County et al.  For 2829 Holman St. Houston, Texas 77002: 1) Harris County et al.  For 3005 Holman St. Houston, Texas 77004: 1) Harris County et al.  For 3002 Holman St. Houston, Texas 77004: 1) Harris County et al.  For 3020 Holman St. Houston, Texas 77004: 1) Harris County et al.  For 0 Chisom St. Houston, Texas 77004: 1) Harris County et al.  For 0 Chisom St. Houston, Texas 77004: 1) Harris County et al.  For 0 Elgin, Houston, Texas 77004: 1) Harris County et al.**

☐ Yes.  The relative priority of creditors is

Debtor   **Riverside General Hospital, Inc.**                            Case number (if known) **16-30603**

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---------|-----------------|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.10**   Creditor's name                          Describe debtor's property that is                    **Unknown**                    **$0.00**
       **HISD**                                   subject to a lien

       Creditor's mailing address                **Property Taxes**
       **Linebarger Gogan Blair & Sampson**
       **1300 Main Street, Suite 300**           Describe the lien
                                                  **Judgment Lien**

       **Houston          TX    77002**          Is the creditor an insider or related party?
       Creditor's email address, if known        ☑ No
                                                  ☐ Yes

                                                  Is anyone else liable on this claim?
       Date debt was incurred                     ☑ No
       Last 4 digits of account                   ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)
       number                ___ ___ ___ ___
                                                  As of the petition filing date, the claim is:
       Do multiple creditors have an interest in  Check all that apply.
       the same property?
       ☑ No                                       ☐ Contingent
       ☐ Yes.  Have you already specified the     ☐ Unliquidated
              relative priority?                   ☐ Disputed

           ☐ No.  Specify each creditor, including this
                  creditor, and its relative priority.

           ☐ Yes.  The relative priority of creditors is
                   specified on lines _____

**2.11**   Creditor's name                          Describe debtor's property that is                    **$446.73**                **$55,000.00**
       **Houston Liens**                           subject to a lien

       Creditor's mailing address                **Ad Valorem Taxes**
       **Linebarger Goggan Blair & Sampson LL**
       **P.O. Box 3064**                          Describe the lien
                                                  **PROPERTY TAX**

       **Houston          TX    77253-3064**      Is the creditor an insider or related party?
       Creditor's email address, if known        ☑ No
                                                  ☐ Yes

                                                  Is anyone else liable on this claim?
       Date debt was incurred                     ☑ No
       Last 4 digits of account                   ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)
       number                ___ ___ ___ ___
                                                  As of the petition filing date, the claim is:
       Do multiple creditors have an interest in  Check all that apply.
       the same property?
       ☐ No                                       ☐ Contingent
       ☑ Yes.  Have you already specified the     ☐ Unliquidated
              relative priority?                   ☐ Disputed

           ☐ No.  Specify each creditor, including this
                  creditor, and its relative priority.

           ☑ Yes.  The relative priority of creditors is
                   specified on lines **2.9**

| Debtor | **Riverside General Hospital, Inc.** | Case number (if known) **16-30603** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

---

**2.12**

**Creditor's name**
**Internal Revenue Service**

**Creditor's mailing address**
**P.O. Box 7346**

_____

**Philadelphia          PA    19101-7346**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
    ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Debtor's right, title, and interest to property**

**Describe the lien**

**Taxes**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$2,063,670.30**   Column B: **$2,063,670.30**

---

**2.13**

**Creditor's name**
**JLE Investors**

**Creditor's mailing address**
**710 Post Oak**

**208**

_____

**Houston          TX    77024**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
    ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**3204 Ennis**

**Describe the lien**

**Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$1,135,212.02**   Column B: **$1,135,212.02**

---

Debtor   **Riverside General Hospital, Inc.**                                    Case number (if known) **16-30603**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

---

**2.14**  Creditor's name
**Reliant Energy Retail Services, LLC**

Creditor's mailing address
**P.O. BOX 1046**

_____

**Houston          TX    77251**

Creditor's email address, if known

_____

Date debt was incurred          _____

Last 4 digits of account
number                           ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
   relative priority?

   ☐ No. Specify each creditor, including this
      creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
      specified on lines _____

Describe debtor's property that is
subject to a lien
**Summary Judgment and Abstract of
Judgment**

Describe the lien
**Judgment Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  |
|---|---|
| $614,826.91 | $309,975.77 |

---

**2.15**  Creditor's name
**Texas City ISD**

Creditor's mailing address
**Linebarger Goggan Blair & Sampson LL**

**P.O. Box 3064**

**Houston          TX    77253-3064**

Creditor's email address, if known

_____

Date debt was incurred          _____

Last 4 digits of account
number                           ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
   relative priority?

   ☐ No. Specify each creditor, including this
      creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
      specified on lines _____

Describe debtor's property that is
subject to a lien
**Ad Valorem Taxes**

Describe the lien
**PROPERTY TAX**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  |
|---|---|
| $41.99 | $41.99 |

---

| Debtor | **Riverside General Hospital, Inc.** | Case number (if known) **16-30603** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

---

**2.16**

**Creditor's name**
**Texas workforce commission**

**Creditor's mailing address**
**Regulatory Interity Division- SAU**

**101 E. 15th St., Room 556**

_____

**Austin               TX    78778-0001**

**Creditor's email address, if known**

_____

Date debt was incurred            _____

Last 4 digits of account
number                    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is subject to a lien**
**Tax Lien**

**Describe the lien**
**Unemployment Taxes**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| | $27,856.21 | $27,856.21 |

---

**2.17**

**Creditor's name**
**Triple 8 Venture Corp.**

**Creditor's mailing address**
**c/o Alan R. Scheinthal**

**Scheinthal & Kouts, LLP**

**4635 Southwest Frwy., Suite 720**

**Houston               TX    77027**

**Creditor's email address, if known**

_____

Date debt was incurred            _____

Last 4 digits of account
number                    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is subject to a lien**
**3204 Ennis**

**Describe the lien**
**Secured Debt**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

| | | |
|---|---|---|
| | $2,500,000.00 | $2,500,000.00 |

---

**Fill in this information to identify the case:**

Debtor     **Riverside General Hospital, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **16-30603**
(if known)

☑ Check if this is an
   amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**

**Bevona Fairman**

**9663 Santa Monica Blvd.**

**Suite 1287**

**Beverly Hills**     **CA**    **90210**

Date or dates debt was incurred

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Salary and Wages for Services Performed**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$130,943.00**    Priority amount: **$12,475.00**

**2.2**   **Priority creditor's name and mailing address**

**Gwendolyn Reed**

**2123 Pepperglen Court**

**Missouri City**     **TX**    **77489**

Date or dates debt was incurred

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$46,743.87**    Priority amount: **$12,475.00**

Debtor    **Riverside General Hospital, Inc.** _____    Case number (if known)   **16-30603** _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.3**   Priority creditor's name and mailing address

**Ida Dewberry**

**10815 Bradford Way Drive**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$33,240.00**      **$12,475.00**

**Houston**                    **TX**      **77075**

Date or dates debt was incurred

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **4**   )

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4**   Priority creditor's name and mailing address

**Internal Revenue Service**

**P.O. Box 7346**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,577,287.61**      **$6,577,287.61**

**Philadelphia**                    **PA**      **19101-7346**

Date or dates debt was incurred

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **8**   )

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5**   Priority creditor's name and mailing address

**Nikki Trigg**

**11900 Oak Moore Parkway, Unit 335**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,354.28**      **$1,354.28**

**Houston**                    **TX**      **77051**

Date or dates debt was incurred

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **4**   )

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Riverside General Hospital, Inc.**                    Case number (if known)   **16-30603**

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                **Total claim**          **Priority amount**

**2.6**   Priority creditor's name and mailing address

**Oluwaseun A. Akibola**

**9700 Court Glen Dr.**

**Apt 2305**

**Houston**                           **TX**        **77099**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(    **4**    )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Salary and Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$3,867.50**    Priority amount: **$3,867.50**

**2.7**   Priority creditor's name and mailing address

**Vivian Grant**

**PO Box 146**

**Missouri City**                     **TX**        **77459**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(    **4**    )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$3,419.22**    Priority amount: **$3,419.22**

Debtor    **Riverside General Hospital, Inc.**    Case number (if known)   **16-30603**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $182.00 |
| --- | --- | --- | --- |

**A-Affordable Vacuum Service**

*Check all that apply.*

**7039 Burkett Street**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Houston** **TX** **77021**

**Basis for the claim:**
**Unsecured Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $662.08 |
| --- | --- | --- | --- |

**Abbott Laboratories**

*Check all that apply.*

**100 Abbott Park Road**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Abbott Park** **IL** **60064-3500**

**Basis for the claim:**
**Unsecured Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $202.82 |
| --- | --- | --- | --- |

**Absolute Meter Services**

*Check all that apply.*

**10314 Sagetrail Drive**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Houston** **TX** **77089**

**Basis for the claim:**
**Unsecured Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,702.75 |
| --- | --- | --- | --- |

**AC Contractors**

*Check all that apply.*

**13111 Cottingham Street**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Houston** **TX** **77048**

**Basis for the claim:**
**Unsecured Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

Debtor     **Riverside General Hospital, Inc.**       Case number (if known)   __16-30603__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.5  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

__Advantage Office Products__

__5722 Bingle Road, Suite B__

Basis for the claim:
__Unsecured Debt__

__Houston__     __TX__    __77092__

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

**$3,391.51**

### 3.6  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

__Affordable Environmental, Inc.__

__12322 WA-99, Suite 99__

Basis for the claim:
__Unsecured Debt__

__Everett__     __WA__    __98204__

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

**$1,785.00**

### 3.7  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

__Alarm Master Corporation__

__10615 Rockley Road__

Basis for the claim:
__Unsecured Debt__

__Houston__     __TX__    __77099__

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

**$188.80**

### 3.8  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

__All American Air Works__

__P. O. Box 1000__

Basis for the claim:
__Unsecured Debt__

__Sophia__     __WV__    __25921-1000__

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

**$2,125.32**

Debtor    **Riverside General Hospital, Inc.**                                    Case number (if known)   **16-30603**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                           Amount of claim

---

**3.9**   Nonpriority creditor's name and mailing address

**Alpha Electric Company**

**901 W. 18th Street**

Houston                    TX      77008

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,740.73

---

**3.10**   Nonpriority creditor's name and mailing address

**American Family Life Assurance**

**AFLAC**

**917 Brown Avenue**

Columbus                   GA      31906

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,092.77

---

**3.11**   Nonpriority creditor's name and mailing address

**American Physicians and Supply**

**c/o Stephen W. Lemmon**

**Sheinfeld Maley & Kay**

**3700 First City Tower**

Houston                    TX      77002

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$28,225.00

---

**3.12**   Nonpriority creditor's name and mailing address

**Arrow International**

**2400 Bernville Road**

Reading                    PA      19605

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$937.84

---

| Debtor | **Riverside General Hospital, Inc.** | Case number (if known) | **16-30603** |

---

**Part 2:**   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,210.56** |

**Automatic Data Processing**

**4822 Martin Luther King Jr. Blvd.**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Unsecured Debt**

| Houston | TX | 77021 |

Date or dates debt was incurred                              Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __
☑ No
☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,341.00** |

**Bank of New York Mellon**

**1000 Louisiana Street**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Unsecured Debt**

| Houston | TX | 77002 |

Date or dates debt was incurred                              Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __
☑ No
☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,171.00** |

**Beckman Instruments Inc**

**c/o Jim D. Hamilton**

**Twentieth Floor, Coastal Tower**

**Nine Greenway Plaza**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Unsecured Debt**

| Houston | TX | 77046 |

Date or dates debt was incurred                              Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __
☑ No
☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |

**Bennie Thomas**

**c/o Patricia R. Saum**

**Jann Scherbarth & Associates**

**One West Loop South, Suite 700**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Unsecured Debt**

| Houston | TX | 77027 |

Date or dates debt was incurred                              Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __
☑ No
☐ Yes

Debtor    **Riverside General Hospital, Inc.**        Case number (if known)   **16-30603**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.17**   Nonpriority creditor's name and mailing address

**Beta Tech Inc**

**16810 Barker Springs Road, Suite 204**

**Houston**      **TX**    **77084**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,154.83**

---

**3.18**   Nonpriority creditor's name and mailing address

**Bio-Rad Laboratories Inc.**

**1000 Alfred Nobel Drive**

**Hercules**      **CA**    **94547**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,392.46**

---

**3.19**   Nonpriority creditor's name and mailing address

**Biomedical Waste Solutions, LLC**

**1100 Main**

**Houston**      **TX**    **77002**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$214.50**

---

**3.20**   Nonpriority creditor's name and mailing address

**Bonner, Cora**

**c/o H. Howard Schmerin**

**2650 Fountain View, Suite 132**

**Houston**      **TX**    **77057**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$98,741.00**

---

Debtor      **Riverside General Hospital, Inc.**                                    Case number (if known)   **16-30603**

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**                    Amount of claim

| | |
|---|---|
| **3.21**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Canfield Funding LLC**

**c/o Fred Wahrlich**

**Floyd, Isgur, Rios & Wahrlich, P.C.**

**700 Louisiana, Suite 4600**

**Houston**                    **TX**      **77002-2732**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$90,000.00

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.22**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Centech Communication Company**

**10039 Bissonnet Street**

**Houston**                    **TX**      **77036**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$1,346.95

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.23**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Centerpoint Energy**

**P. O. Box 4981**

**Houston**                    **TX**      **77210-4981**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$20,107.11

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.24**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Christus St. Joseph Hospital**

**c/o Leon E. Pegg**

**Holloway & Gumbert**

**3701 Kirby Drive, Suite 1288**

**Houston**                    **TX**      **77098**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$52,294.00

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor     **Riverside General Hospital, Inc.**                                    Case number (if known)  **16-30603**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**                          Amount of claim

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,700.00** |
| --- | --- | --- | --- |

**City of Houston**

**c/o Linebarger Goggan Blair & Sampson**

**1300 Main, Suite 300**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Houston** | **TX** | **77002** |
| --- | --- | --- |

**Basis for the claim:**
**Unsecured Debt**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$38,268.80** |
| --- | --- | --- | --- |

**City of Houston Water**

**4200 Leeland Street**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Houston** | **TX** | **77023** |
| --- | --- | --- |

**Basis for the claim:**
**Unsecured Debt**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,976.57** |
| --- | --- | --- | --- |

**College of American Pathologists**

**13501 I Street NW Suite 590**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Washington** | **DC** | **20005** |
| --- | --- | --- |

**Basis for the claim:**
**Unsecured Debt**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$147.55** |
| --- | --- | --- | --- |

**Comcast**

**1 Comcast Center**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Philadelphia** | **PA** | **19103** |
| --- | --- | --- |

**Basis for the claim:**
**Unsecured Debt**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Riverside General Hospital, Inc.**                          Case number (if known)   **16-30603**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $439.85 |
|---|---|---|---|

**Daniels Sharpmart Inc.**

**111 W. Jackson Blvd., Suite 720**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Chicago**                    IL        **60604**

**Basis for the claim:**
**Unsecured Debt**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $269,793.00 |
|---|---|---|---|

**Danka Funding Company Inc.**

**c/o Glen A. Nordt**

**Coats Rose Yale Ryman & Lee, P.C.**

**1001 Fannin Street**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                    TX        **77002-6707**

**Basis for the claim:**
**Unsecured Debt**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,167.69 |
|---|---|---|---|

**Dawson Chemical & Janitorial**

**6010 Irvington Blvd.**

**Houston, Texas 7709**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Unsecured Debt**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,000.00 |
|---|---|---|---|

**Dennis Lewis**

**c/o William H. Watson**

**Ballard & Watson**

**24 Greenway Plaza, Suite 1506**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                    TX        **77046**

**Basis for the claim:**
**Unsecured Debt**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  **Riverside General Hospital, Inc.**                          Case number (if known)  **16-30603**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

**3.33**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$244.00**
                                                                  *Check all that apply.*

**Drug Enforcement Administration**                               ☐ Contingent
**1433 W. Loop South, Suite 600**                                 ☐ Unliquidated
                                                                  ☑ Disputed

                                                                  Basis for the claim:
**Houston**                    **TX      77027**                  **Unsecured Debt**

Date or dates debt was incurred                                   Is the claim subject to offset?
                                                                  ☑ No
Last 4 digits of account number    __ __ __ __                    ☐ Yes

**3.34**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$3,600.00**
                                                                  *Check all that apply.*

**Emdeon Business Service**                                       ☐ Contingent
**100 N. Byrne Road**                                             ☐ Unliquidated
                                                                  ☑ Disputed

                                                                  Basis for the claim:
**Toledo**                     **OH      43607**                  **Unsecured Debt**

Date or dates debt was incurred                                   Is the claim subject to offset?
                                                                  ☑ No
Last 4 digits of account number    __ __ __ __                    ☐ Yes

**3.35**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$362,094.00**
                                                                  *Check all that apply.*

**Epstein Baker & Green, PC**                                     ☐ Contingent
**One Gateway Center**                                            ☐ Unliquidated
**Newark, NJJ 07102**                                             ☐ Disputed

                                                                  Basis for the claim:
                                                                  **Legal Services Rendered**

Date or dates debt was incurred                                   Is the claim subject to offset?
                                                                  ☑ No
Last 4 digits of account number    __ __ __ __                    ☐ Yes

**3.36**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$229,399.00**
                                                                  *Check all that apply.*

**Estill Affiliates LLC**                                         ☐ Contingent
**c/o Wendle Van Smith**                                          ☐ Unliquidated
**One Arena Place**                                               ☑ Disputed
**7322 Southwest Frwy., Suite 2010**                              Basis for the claim:
**Houston**                    **TX      77074**                  **Unsecured Debt**

Date or dates debt was incurred                                   Is the claim subject to offset?
                                                                  ☑ No
Last 4 digits of account number    __ __ __ __                    ☐ Yes

Debtor   **Riverside General Hospital, Inc.**                     Case number (if known)   **16-30603**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $294,839.00 |
|---|---|---|---|

**Ethel Austin**

**c/o G. Scott Fiddler**

**5959 West Loop South, Suite 150**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Bellaire**                     **TX**     **77401**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,750.00 |
|---|---|---|---|

**Fasthealth Corporation**

**101 23rd Avenue**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Tuscaloosa**                   **AL**     **35401**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|---|---|---|---|

**Fire Safe Protection Service**

**1815 Sherwood Forest Street**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                      **TX**     **77043**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,245.55 |
|---|---|---|---|

**Grainger**

**3232 Harrisburg Blvd.**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Houston**                      **TX**     **77003**

Basis for the claim:
**Unsecured Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

Debtor    **Riverside General Hospital, Inc.**                              Case number (if known)   **16-30603**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84,687.83 |
|---|---|---|---|

**Green Bank**

**4000 Greenbriar**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **line of credit**

**Houston**                    **TX**    **77098**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___        ☑ No
                                                        ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,051.50 |
|---|---|---|---|

**Gulf Coast Regional Blood**

**1400 La Concha Lane**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **Unsecured Debt**

**Houston**                    **TX**    **77054**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___        ☑ No
                                                        ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,666.00 |
|---|---|---|---|

**Healing Air Inc.**

**14502 Hiram Clark Road**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **Unsecured Debt**

**Houston**                    **TX**    **77045**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___        ☑ No
                                                        ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $496,832.00 |
|---|---|---|---|

**Healthland-Omaha**

**1600 Utica Avenue, Suite 300**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **Unsecured Debt**

**Minneapolis**                    **MN**    **55416**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___        ☑ No
                                                        ☐ Yes

Debtor   **Riverside General Hospital, Inc.**                                Case number (if known)   **16-30603**

| Part 2: | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$129,600.82** |
| --- | --- | --- | --- |

**Hill International, Inc.**

**John Lynd**

**3200 SW Freeway, Ste 2300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**            **TX**     **77027**

**Basis for the claim:**
**Judgment**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,855.00** |
| --- | --- | --- | --- |

**Hour Doc-Holding, LLC**

**4801 Woodway, Suite 210**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Houston**            **TX**     **77056**

**Basis for the claim:**
**Unsecured Debt**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$142.50** |
| --- | --- | --- | --- |

**Hurricane Glass**

**11000 Gulf Freeway**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Houston**            **TX**     **77034**

**Basis for the claim:**
**Unsecured Debt**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,147.63** |
| --- | --- | --- | --- |

**IMMUCOR Inc.**

**3700 Mangun Road**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Houston**            **TX**     **77092**

**Basis for the claim:**
**Unsecured Debt**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Riverside General Hospital, Inc.** | Case number (if known) | **16-30603** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.49** Nonpriority creditor's name and mailing address

**INFOLAB Inc.**

**690 Center Street, Suite 301**

| **Herndon** | **VA** | **20170** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,467.60

---

**3.50** Nonpriority creditor's name and mailing address

**Innovative Legal Solutions, Inc.**

**2929 Allen Parkway, Suite 2800**

| **Houston** | **TX** | **77019** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$34,293.98

---

**3.51** Nonpriority creditor's name and mailing address

**Internal Revenue Service**

**P.O. Box 7346**

| **Philadelphia** | **PA** | **19101-7346** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$133,429.67

---

**3.52** Nonpriority creditor's name and mailing address

**JB's Carpet Cleaning**

**2313 W. Sam Houston Pkwy N., Suite 131**

| **Houston** | **TX** | **77043** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$190.00

---

| Debtor | **Riverside General Hospital, Inc.** | Case number (if known) | **16-30603** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.53 | Nonpriority creditor's name and mailing address |

**JC Electirical Service**

**630 Westfield Lane**

| Friendswood | TX | 77546 |

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$950.00**

---

| 3.54 | Nonpriority creditor's name and mailing address |

**Krames Staywell, LLC**

**780 Township Line Road**

| Yardley | PA | 19067 |

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,289.04**

---

| 3.55 | Nonpriority creditor's name and mailing address |

**Kuhn Digital, LLC**

**13519 Pinerock Lane**

| Houston | TX | 77079 |

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$27,695.17**

---

| 3.56 | Nonpriority creditor's name and mailing address |

**Kwik Kill Exterminators of Texas**

**715 E. Tidwell Road**

| Houston | TX | 77022 |

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,745.00**

---

Debtor   **Riverside General Hospital, Inc.**                          Case number (if known)   **16-30603**

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.57**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$60,805.34

**Laboratory Corp of America**

☐ Contingent

**Johnson Legal Network, PLLC**

☐ Unliquidated

**535 Wellington Way, Suite 380**

☐ Disputed

_____

Basis for the claim:

**Lexington**          **KY**   **40503**          **Unsecured Debt**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.58**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$275,000.00

**Lanetta Sparks**

☐ Contingent

**c/o John A. Elmore**

☐ Unliquidated

**3033 Fannin, Suite 101**

☑ Disputed

_____

Basis for the claim:

**Houston**          **TX**   **77004**          **Unsecured Debt**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.59**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$1,519.78

**Liberty Office Products**

☐ Contingent

**8744 Westpark Drive**

☐ Unliquidated

☑ Disputed

_____

Basis for the claim:

**Houston**          **TX**   **77063**          **Unsecured Debt**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.60**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$132,194.00

**Lyons Supermarket Corp.**

☐ Contingent

**c/o Trang Q. Tran**

☐ Unliquidated

**Tran Law Firm**

☑ Disputed

**440 Louisiana, Suite 590**

Basis for the claim:

**Houston**          **TX**   **77002**          **Unsecured Debt**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

Debtor   **Riverside General Hospital, Inc.**                                    Case number (if known)   **16-30603**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.61**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                                   **$420.00**
                                                                 *Check all that apply.*
**Machine Ice Company**                                          ☐ Contingent
**8915 Sweetwater Lane**                                         ☐ Unliquidated
                                                                 ☑ Disputed

                                                                 Basis for the claim:
**Houston**                    **TX**    **77037**               **Unsecured Debt**

Date or dates debt was incurred   _____              Is the claim subject to offset?
                                                                 ☑ No
Last 4 digits of account number   ___ ___ ___ ___                ☐ Yes

---

**3.62**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                                 **$11,361.07**
                                                                 *Check all that apply.*
**Matheson Tri-Gas**                                             ☐ Contingent
**2200 Houston Avenue**                                          ☐ Unliquidated
                                                                 ☑ Disputed

                                                                 Basis for the claim:
**Houston**                    **TX**    **77007**               **Unsecured Debt**

Date or dates debt was incurred   _____              Is the claim subject to offset?
                                                                 ☑ No
Last 4 digits of account number   ___ ___ ___ ___                ☐ Yes

---

**3.63**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                                  **$5,930.77**
                                                                 *Check all that apply.*
**McKesson Medical-Surgical, Inc. Successo**                     ☐ Contingent
**4345 Southpoint Blvd**                                         ☐ Unliquidated
                                                                 ☐ Disputed

                                                                 Basis for the claim:
**Jacksonville**               **FL**    **32216**               **Goods Sold**

Date or dates debt was incurred   _____              Is the claim subject to offset?
                                                                 ☑ No
Last 4 digits of account number   ___ ___ ___ ___                ☐ Yes

---

**3.64**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                                 **$111,073.00**
                                                                 *Check all that apply.*
**Medical Programs Inc.**                                        ☐ Contingent
**c/o Thomas Herter**                                            ☐ Unliquidated
**Clark Hellen & Herter, P.C.**                                  ☑ Disputed
**6300 Hillcroft, Suite 300**                                    Basis for the claim:
**Houston**                    **TX**    **77081**               **Unsecured Debt**

Date or dates debt was incurred   _____              Is the claim subject to offset?
                                                                 ☑ No
Last 4 digits of account number   ___ ___ ___ ___                ☐ Yes

---

Debtor **Riverside General Hospital, Inc.**      Case number (if known) **16-30603**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.65**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$13,668.76**
*Check all that apply.*

**Mita Salvosa**

**6934 Kamiah Ct**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

**Houston**     **TX**    **77040**

Date or dates debt was incurred      Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __    ☑ No
☐ Yes

---

**3.66**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$315.00**
*Check all that apply.*

**Mitel Technologies**

**10603 W. Sam Houston Pkwy., Suite 400**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Unsecured Debt**

**Houston**     **TX**    **77064**

Date or dates debt was incurred      Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __    ☑ No
☐ Yes

---

**3.67**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$1,494.42**
*Check all that apply.*

**MOD Space Storage**

**10604 Wallisville Road**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Unsecured Debt**

**Houston**     **TX**    **77013**

Date or dates debt was incurred      Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __    ☑ No
☐ Yes

---

**3.68**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$7,174.75**
*Check all that apply.*

**Morad A. Nashed**

**17211 Sandestine Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services Performed, Vacation and Unpaid Time**

**Huston**     **TX**    **77095**

Date or dates debt was incurred      Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __    ☑ No
☐ Yes

---

Debtor   **Riverside General Hospital, Inc.**                      Case number (if known)   **16-30603**

---

**Part 2:    Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,248.68 |

**Nexus Disposal, LLC**

**6131 Thomas Road**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| Houston | TX | 77041 | **Unsecured Debt** |

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,372.06 |

**Office Depot, Inc.**

**6600 North Military Trail**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| Boca Raton | FL | 33496 | **Unsecured Debt** |

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,226.00 |

**OGH Service Company**

**3730 Creekmont Drive**

**Houston, Texas**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Unsecured Debt**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $626.20 |

**Olshan Lumber Company**

**2600 Commerce Street**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| Houston | TX | 77003 | **Unsecured Debt** |

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Riverside General Hospital, Inc.**                                        Case number (if known)   **16-30603**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.73 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                                                                              $11,045.51

**Otis Elevator Company**

**Attn: Treasury Services**

☐ Contingent

**POB 109615 M/S 715-02**

☐ Unliquidated

☐ Disputed

_____

Basis for the claim:

**Palm Beach Gardens**          **FL**    **33410**           **Elevator Service & Equipment**

Date or dates debt was incurred   _____    Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                ☑ No
                                                              ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                                                                              $165.00

**Pension Benefit Information**

☐ Contingent

**711 Grand Avenue**

☐ Unliquidated

☑ Disputed

_____

Basis for the claim:

**San Rafael**          **CA**    **94901**                  **Unsecured Debt**

Date or dates debt was incurred   _____    Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                ☑ No
                                                              ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                                                                              $150.00

**Pete's Welding Service**

☐ Contingent

**711 Pearl Street**

☐ Unliquidated

**Houston, Texas**

☑ Disputed

_____

Basis for the claim:

                                                            **Unsecured Debt**

Date or dates debt was incurred   _____    Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                ☑ No
                                                              ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                                                                              $5,248.09

**Pitney Bowes, Inc.**

☐ Contingent

**27 Waterview Dr.**

☐ Unliquidated

**3rd Fl**

☐ Disputed

_____

Basis for the claim:

**Shelton**          **CT**    **06484**                     **Goods Sold**

Date or dates debt was incurred   _____    Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                ☑ No
                                                              ☐ Yes

| Debtor | **Riverside General Hospital, Inc.** | | Case number (if known) | **16-30603** |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                **Amount of claim**

| 3.77 | Nonpriority creditor's name and mailing address |
|---|---|

**Pitney Bowes, Inc.**

**27 Waterview Dr.**

**3rd Fl**

_____

**Shelton**                    **CT**    **06484**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods Sold**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,200.00**

---

| 3.78 | Nonpriority creditor's name and mailing address |
|---|---|

**Shashikant Shah**

**15602 Tarpon Springs Ct.**

_____

**Houston**                    **TX**    **77095**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unpaid Payroll**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,567.37**

---

| 3.79 | Nonpriority creditor's name and mailing address |
|---|---|

**State of Texas**

**c/o Scot Clinton Assistant Attorneys Gen**

**Consumer Protection & Public Health Divi**

**808 Travis, Suite 300**

**Houston**                    **TX**    **77002**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$20,000.00**

---

| 3.80 | Nonpriority creditor's name and mailing address |
|---|---|

**STM & Associates Architects, LLC**

**c/o Kevin Michael Madden, PLLC**

**5225 Katy Freeway, Suite 520**

_____

**Houston**                    **TX**    **77007**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Judgement**

Is the claim subject to offset?
☑ No
☐ Yes

**$188,149.81**

---

Debtor   **Riverside General Hospital, Inc.**                    Case number (if known)   **16-30603**

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.81 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*                    $289,162.88

**Stryker Medical**

**Lori Purkey, Purkey and Assoc., PLC**

**5050 Cascade Rd, SE, Ste. A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sale of Goods**

**Grand Rapids**            **MI**   **49546**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*                    $668,000.00

**Surgical Medical Solutions**

**3131 McKinney Ave**

**Suite 600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services rendered**

**Dallas**            **TX**   **75201**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

**Texas Attorney General's Office**

**PO Box 12548-MC008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Restricted Charitable Funds**

**Austin**            **TX**   **78711**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*                    $15,894,114.00

**Texas Department of Public Safety**

**5805 North Lamar BLVD - MSC0220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsupported and noncompliant use of funds**

**Austin**            **TX**   **78752**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Riverside General Hospital, Inc.**                              Case number (if known)  **16-30603**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.85**  Nonpriority creditor's name and mailing address

**Texas Health and Human Services Comm.**

**4900 North Lamar BLVD**

_____

**Austin**                **TX**      **78751**

Date or dates debt was incurred         _____

Last 4 digits of account number     ___  ___  ___  ___

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,151,961.74**

---

**3.86**  Nonpriority creditor's name and mailing address

**Texas Health and Human Services Comm.**

**4900 North Lamar BLVD**

_____

**Austin**                **TX**      **78751**

Date or dates debt was incurred         _____

Last 4 digits of account number     ___  ___  ___  ___

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Medicaid Disproportionate Share Hospital Program**

Is the claim subject to offset?
☑ No
☐ Yes

**$731,826.00**

---

**3.87**  Nonpriority creditor's name and mailing address

**The Aldridge Law Firm**

**7529 Olympia Dr.**

_____

**Houston**                **TX**      **77063**

Date or dates debt was incurred         _____

Last 4 digits of account number     ___  ___  ___  ___

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
☑ No
☐ Yes

**$139,220.00**

---

**3.88**  Nonpriority creditor's name and mailing address

**U.S Department of Health and Human Srvc.**

**Centers for Medicare and Medicaid Servic**

**The Public Ledger Building**

**150 S. Independence Mall West, Suite 216**

**Philadelphia**            **PA**      **19106**

Date or dates debt was incurred         _____

Last 4 digits of account number     ___  ___  ___  ___

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Medicare Overpayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,499,109.84**

---

Debtor  **Riverside General Hospital, Inc.**          Case number (if known)  **16-30603**

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        Amount of claim

**3.89** Nonpriority creditor's name and mailing address

**Walter D. Davis, CPA**
**PO Box 36466**

**Houston**          **TX**    **77236**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$50,000.00

**3.90** Nonpriority creditor's name and mailing address

**Wells Fargo Bank, N.A.**
**PO Box 45038 MAC Z3057012**
**Jacksonville, FL 322325038**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit Demand Account**

Is the claim subject to offset?
☑ No
☐ Yes

$624.00

**3.91** Nonpriority creditor's name and mailing address

**Wittaker General Medical**
**c/o Jon D. Totz**
**Lapin Totz & Mayer**
**1415 Post Oak Park Drive**
**Houston**          **TX**    **77027**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$17,441.00

**3.92** Nonpriority creditor's name and mailing address

**WTI Group LLC**
**2215 Dorman Court**

**Katy**          **TX**    **77494**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Money Loaned**

Is the claim subject to offset?
☑ No
☐ Yes

$86,800.00

Debtor   **Riverside General Hospital, Inc.**                      Case number (if known)   **16-30603**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.    **$6,712,656.35** |
| 5b. | **Total claims from Part 2** | 5b. **+**    **$26,034,633.85** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c.    **$32,747,290.20** |